≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

ALEXIS J. BURNS by and through her legal guardian,
OFFICE OF PUBLIC GUARDIAN,
V.
HALE & DORR LLP, WILMER CUTLER PICKERING
HALE AND DORR LLP, HALDOR INVESTMENT
ADVISORS LIMITED PARTNERSHIP, and HALE
AND DORR CAPITAL MANAGEMENT LLP,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11113 NMG

TO: (Name and address of Defendant)

HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP,
HALDOR INVESTMENT ADVISORS LIMITED PARTNERSHIP, and HALE AND DORR CAPITAL MANAGEMENT LLP
60 State Street
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Alan Fryer
BADGER, DOLAN, PARKER & COHEN
One State Street
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            MAY 27 2005

CLERK                               DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 09/12/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| R. Alan Fryer | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Defendants have filed an appearance and an answer and have waived service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/12/05
             Date

*Signature of Server*

Badger, Dolan, Parker & Cohen
One State Street
Boston, MA  02109

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.