UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN
   Plaintiff

v.

HALE AND DORR LLP, et al.,
   Defendants

CIVIL ACTION NO. 05-11113NMG

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**
**WITH PROPOSED PRE-TRIAL SCHEDULE**

The parties to this litigation submit this joint statement pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1(D), and the September 20, 2005 Notice of Scheduling Conference. Counsel for the parties – R. Alan Fryer for the plaintiff and Jerome P. Facher for the defendants – conferred on October 18, 2005 to develop the following Discovery Plan and to discuss the issues set forth in Local Rule 16.1(B) and F. R. Civ. P. Rule 26(f).

**PROPOSED PRE-TRIAL SCHEDULE**

**I.  Joint Discovery Plan**

The Parties jointly propose to the Court the following Discovery Plan:

    A.    <u>Automatic disclosures</u>. The parties shall provide the required disclosures by December 12, 2005.

    B.    <u>Written discovery</u> to be conducted as follows:

        1.    Initial written discovery requests served by December 30, 2005.

      2.      All responses to initial written discovery requests served, and all documents produced, within thirty (30) days after service or by <u>January 31, 2006,</u> whichever is earlier, unless otherwise agreed to in writing by the requesting party.

      3.      Any follow-up written discovery requests served by <u>April 14, 2006</u>.

      4.      All responses to any follow-up written discovery requests served, and all documents produced, by <u>May 17, 2006</u>, unless otherwise agreed to in writing by the requesting party.

    C.    <u>Depositions of fact witnesses</u> to be completed by <u>September 15, 2006</u>.

    D.    <u>Expert witnesses</u> to be identified and all other information required under Fed. R. Civ. P. 26(a)(2)(B) to be provided by <u>September 29, 2006</u> as to the plaintiff and <u>November 15, 2006</u> as to the defendants.

    E.    <u>Expert witness depositions</u> to be completed by <u>January 15, 2007</u>.

    F.    <u>Phased discovery</u>.  The defendants have suggested that the issue of plaintiff's damages be the first phase of discovery in order "to provide a realistic assessment of the case" [Local Rule 16.1(D)(1)(b)].  The plaintiff does not oppose a limited first phase of discovery, but objects to any total prohibition on discovery as to liability issues during a first phase.

## II.  Proposed Schedule for Filing Motions

    A.  <u>Amendment of Pleadings</u>.  Any motion to amend the pleadings, to join additional parties, or to file a third-party complaint shall be filed on or before <u>May 31, 2006</u>.

    B.  <u>Discovery</u>.  All Rule 37 motions relating to initial written discovery requests and responses filed by <u>March 31, 2006</u>, unless the requesting party has granted an extension pursuant to paragraph I.B.2, supra.  Where such an extension has been granted, the date by which the requesting party may file a Rule 37 motion is automatically extended by the same number of days as the extension agreed to pursuant to sub-paragraph I.B.2.

All Rule 37 motions relating to any follow-up written discovery requests and responses filed by August 14, 2006, unless the requesting party has granted an extension pursuant to sub-paragraph I.B.4, supra. Where such an extension has been granted, the date by which the requesting party may file a Rule 37 motion is automatically extended by the same number of days as the extension agreed to pursuant to sub-paragraph I.B.4.

C. Dispositive Motions. All motions for judgment on the pleadings shall be filed by December 30, 2005, with all oppositions thereto filed by January 30, 2006, and any replies by February 13, 2006, unless otherwise agreed to in writing by the moving party.

All motions for summary judgment shall be filed by March 6, 2007; any oppositions thereto shall be filed by March 26, 2007, and any replies by April 9, 2007, unless otherwise agreed to in writing by the moving party.

**Certifications**

The certifications required under Local Rule 16.1 are attached hereto.

| | |
|---|---|
| ALEXIS J. BURNS by her legal guardian, OFFICE OF PUBLIC GUARDIAN | HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LP, and HALE AND DORR CAPITAL MANAGEMENT LLC |
| By her attorneys, | By their attorneys, |
| /s/ R. Alan Fryer<br>R. Alan Fryer (BBO# 180830)<br>Dorothy M. Bickford (BBO# 566380)<br>BADGER DOLAN PARKER & COHEN<br>One State Street, Suite 600<br>Boston, MA  02109<br>(617) 482-3030 | /s/ Jerome P. Facher<br>Jerome P. Facher (BBO# 157240)<br>Michael R. Heyison (BBO# 232950)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 |

92587

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HALE AND DORR LLP, WILMER CUTLER PICKERING )<br>HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS )<br>LIMITED PARTNERSHIP, and HALE AND DORR )<br>CAPITAL MANAGEMENT LLC )<br>)<br>Defendants. ) | C.A. NO. 05 11113NMG |

---

## CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), this is to certify that counsel and the defendants, through a representative of the firm management of Wilmer Cutler Pickering Hale and Dorr LLP, have conferred with a view to:

    (a)    establishing a budget for the costs of conducting the full course of the litigation, or alternatives thereto, and

    (b)    considering the resolution of the litigation through the use of alternative dispute resolution programs.

_____
John M. Westcott, Jr.
Assistant Managing Partner
Wilmer Cutler Pickering
   Hale and Dorr LLP

_____
Michael R. Heyison

_____
Jerome P. Facher

Counsel for Defendants

USIDOCS 5343781v1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>　　Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>　　Defendants | CIVIL ACTION NO. 05-11113NMG |

**CERTIFICATION BY PLAINTIFF AND HIS COUNSEL
PURSUANT TO LOCAL RULE 16.1(D)(3)**

The plaintiff, Alexis Burns ("Alexis"), by and through her legal guardian, the Office of Public Guardian, and her counsel hereby certify that they have conferred in accordance with the requirements of Local Rule 16.1(D)(3).


　/s/ Gail R. Page							　/s/ R. Alan Fryer
Office of Public Guardian, as legal guardian			R. Alan Fryer, Counsel for Plaintiff
of Alexis Burns, Plaintiff

92586