UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>    Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>    Defendants | CIVIL ACTION NO. 05-11113NMG |

## AGENDA FOR SCHEDULING CONFERENCE

Pursuant to Local Rule 16.1(B)(1), the parties to this litigation submit this agenda for the October 28, 2005 scheduling conference. The proposed agenda items are:

1. The proposed pre-trial schedule; and

2. The issue of whether to conduct phased discovery and, if so, in what manner.

| | |
|---|---|
| ALEXIS J. BURNS by her legal guardian, OFFICE OF PUBLIC GUARDIAN<br><br>By her attorneys,<br><br><br>  /s/ R. Alan Fryer<br>R. Alan Fryer (BBO# 180830)<br>Dorothy M. Bickford (BBO# 566380)<br>BADGER DOLAN PARKER & COHEN<br>One State Street, Suite 600<br>Boston, MA 02109<br>(617) 482-3030 | HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LP, and HALE AND DORR CAPITAL MANAGEMENT LLC<br><br>By their attorneys,<br><br><br>  /s/ Jerome P. Facher<br>Jerome P. Facher (BBO# 157240)<br>Michael R. Heyison (BBO# 232950)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |

93182