UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS, by and through her legal guardian OFFICE OF PUBLIC GUARDIAN<br><br>Plaintiff,<br><br>v.<br><br>HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LIMITED PARTNERSHIP, and HALE AND DORR CAPITAL MANAGEMENT LLC<br><br>Defendants. | C.A. NO. 05 11113NMG |

**JOINT MOTION OF ALL DEFENDANTS FOR PARTIAL JUDGMENT
ON THE PLEADINGS, ON COUNTS 13, 14, 15, 16, AND 17**

The defendants move, pursuant to Fed. R. Civ. P. 12(c) for partial judgment on the pleadings as to Counts 13, 14,15, 16, and 17 on the grounds that each such Count fails to state a claim against the defendants under G.L. c. 93A in that:

1.  Prior to filing suit, the plaintiff did not fulfill the requirements of G.L. c. 93A §9 by sending a demand letter in the appropriate form and content to the defendants. Such a requirement is jurisdictional, and failure to allege demand is fatal to plaintiff's claims under G.L. c. 93A.

2.  The pleadings on their face do not state a claim under G.L. c. 93A. The Complaint only alleges negligence by the defendants in failing to exercise an alleged duty of care. There are no allegations of fraud, deceit or misrepresentation. The allegations of the pleadings, even taken most favorably to plaintiff, do not constitute unfair and deceptive acts under G.L. c. 93A. Accordingly, Counts 13, 14, 15, 16 and 17 do not state a claim against defendants for violations of G.L. c. 93A.

In support of the above Motion, the defendants have filed a Memorandum which is attached herewith.

HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LIMITED PARTNERSHIP, and HALE AND DORR CAPITAL MANAGEMENT LLC

By their attorneys,

/s/ Jerome P. Facher

/s/ Michael R. Heyison

/s/ Mary B. Strother

_____
Michael R. Heyison (BBO #232950)
Jerome P. Facher (BBO #157240)
Mary B. Strother (BBO #631682)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

December 29, 2005

## RULE 7.1 CERTIFICATION

Counsel for the defendants hereby certify that on December 29, 2005, we conferred with the plaintiff's counsel in a good faith attempt to resolve the defendants' motion for judgment on the pleadings, but were unable to reach agreement.

/s/ Mary B. Strother_____
Mary B. Strother

## CERTIFICATE OF SERVICE

I, Mary B. Strother, hereby certify that on December 29, 2005, I caused a true copy of the foregoing Joint Motion of All Defendants For Partial Judgment on the Pleadings, on Counts 13, 14, 15, 16, and 17 to be served upon the following:

/s/ Mary B. Strother_____
Mary B. Strother

US1DOCS 5261230v1