UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS, by and through her legal guardian OFFICE OF PUBLIC GUARDIAN<br><br>           Plaintiff,<br><br>v.<br><br>HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LIMITED PARTNERSHIP, and HALE AND DORR CAPITAL MANAGEMENT LLC<br><br>           Defendants. | C.A. NO. 05 11113NMG |

**REQUEST FOR ORAL ARGUMENT**

**ON JOINT MOTION OF ALL DEFENDANTS FOR PARTIAL JUDGMENT
ON THE PLEADINGS, ON COUNTS 13, 14, 15, 16, AND 17**

  Pursuant to Local Rule 7.1(D), defendants hereby request oral argument on their motion for partial judgment on the pleadings as to Counts 13, 14,15, 16, and 17, which was filed on December 29, 2006.  Defendants believe that oral argument may assist the Court in deciding the motion.

        HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LIMITED PARTNERSHIP, and HALE AND DORR CAPITAL MANAGEMENT LLC

By their attorneys,


/s/ Jerome P. Facher

/s/ Michael R. Heyison

/s/ Mary B. Strother
_____
Michael R. Heyison (BBO #232950)
Jerome P. Facher (BBO #157240)
Mary B. Strother (BBO #631682)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

February 9, 2006


## CERTIFICATE OF SERVICE

    I, Mary B. Strother, hereby certify that on Feburary 9, 2005, I caused a true copy of the foregoing Request for Oral Argument to be served upon the following:

R. Alan Fryer, Esq.
Badger, Dolan, Parker & Cohen
One State Street – Suite 600
Boston, Massachusetts 02109


        /s/ Mary B. Strother_____
        Mary B. Strother

US1DOCS 5511157v1