UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

———————————————————— )
ALEXIS J. BURNS by and through her legal )
  Guardian, OFFICE OF PUBLIC GUARDIAN )
 )
                              Plaintiff, )
 )                    Civil Action No.  05-11113NMG
                              v. )
 )
HALE AND DORR LLP, et al., )
 )
                              Defendants. )
———————————————————— )

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to this litigation submit this joint motion to amend the Court's Scheduling Order,

entered on November 16, 2005.  The parties have been working diligently to conduct and conclude

fact discovery, but because of scheduling issues, some depositions will take place beyond the current

fact discovery deadline of September 15, 2006.  For this reason, the parties agree that moving the fact

discovery deadline to September 22, 2006, is in the best interest of the parties.  In addition, the parties

require additional time to serve expert reports and, therefore, request that the deadlines for expert

discovery, filing dispositive motions, reporting on mediation, and the dates for the final pretrial

conference and trial be extended by approximately one month.

## PROPOSED AMENDED SCHEDULING ORDER

The parties move that the Court amend the Scheduling Order entered on November 16, 2005,

as follows:

A.    Depositions of fact witnesses to be completed by September 29, 2006.

B.      Expert witnesses to be identified and all other information required under Fed. R. Civ.

P. 26(a)(2)(B) to be provided by November 15, 2006 as to the plaintiff and December 29, 2006 as to

the defendants.

C.      Expert witness depositions to be completed by February 28, 2007.

**Proposed Schedule for Filing Motions**

D.      Dispositive Motions.  All motions for summary judgment shall be filed by April 20,

2007; any oppositions thereto shall be filed by May 11, 2007.

E.      The parties will file a joint status report regarding mediation by May 15, 2007.

F.      The parties propose that a final pretrial conference be held on August 3, 2007, to be

attended by trial counsel.  The parties propose that counsel be prepared to commence trial as of

September 10, 2007 at 9:00 a.m.

ALEXIS J. BURNS by her legal guardian,
OFFICE OF PUBLIC GUARDIAN,

By her attorneys,

HALE AND DORR LLP, WILMER
CUTLER PICKERING HALE AND
DORR LLP, HALDOR INVESTMENT
ADVISORS LP, and HALE AND DORR
CAPITAL MANAGEMENT LLC

By their attorneys,

/s/ R. Alan Fryer _ _____
R. Alan Fryer (BBO #180830)
Dorothy M. Bickford (BBO #566380)
BADGER DOLAN PARKER & COHEN
One State Street
Suite 600
Boston, MA  02109
(617)  482-3030

Dated:  August 30, 2006

/s/ Mary B. Strother_____  _____
Jerome P. Facher (BBO #157240)
Michael R. Heyison (BBO #232950)
Mary B. Strother (BBO #631682)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
(617)  526-6000

## CERTIFICATE OF SERVICE

I, Mary B. Strother, certify that a true and correct copy of this Joint Motion to Amend Scheduling order was served via U.S. Mail on all attorneys of record on August 30, 2006.


/s/ Mary B. Strother _____ _____
Mary B. Strother