UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>　　Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>　　Defendants | CIVIL ACTION NO. 05-11113NMG |

### PLAINTIFF'S REQUEST FOR LEAVE TO FILE REPLY BRIEF AND REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, the Plaintiff, Alexis J. Burns ("Alexis"), by and through her legal guardian, the Office of Public Guardian ("OPG"), requests leave to file a short reply brief in support of her pending Motion to Compel Discovery [Docket No. 18], for the following reasons:

　　1.　　The Defendants have mischaracterized the facts and the Plaintiff's position, and it is important to correct the record; and

　　2.　　The assertions made by the Defendants in Defendants' Opposition to Plaintiff's Motion to Compel [Docket No. 19], and in the Affidavit of Michael R. Heyison [Docket No. 20], actually support the Plaintiff's motion, and the Plaintiff seeks an opportunity to explain why that is so.

### REQUEST FOR ORAL ARGUMENT

The Plaintiff further requests that the Court hear oral argument on her motion, because: 1) the issues raised by the motion and the opposition are significant; 2) the Court's decision on the motion could have a major impact on the outcome of the case; and 3) the Plaintiff believes

2

that oral argument will assist the Court in resolving this discovery dispute fairly and appropriately.

        ALEXIS J. BURNS by her legal guardian,
        OFFICE OF PUBLIC GUARDIAN

        By her attorneys,

        /s/ R. Alan Fryer
        R. Alan Fryer (BBO# 180830)
        Dorothy M. Bickford (BBO# 566380)
        BADGER, DOLAN, PARKER & COHEN
        One State Street, Suite 600
        Boston, MA  02109
        (617) 482-3030

100228

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

| 10/26/06 | /s/ R. Alan Fryer |
|---|---|
| Date | Signature |

2