UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>    Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>    Defendants | CIVIL ACTION NO. 05-11113NMG |

**PLAINTIFF'S REQUEST FOR LEAVE TO FILE REPLY BRIEF
AND REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1, the Plaintiff, Alexis J. Burns ("Alexis"), by and through her legal guardian, the Office of Public Guardian ("OPG"), requests leave to file a short reply brief in support of her pending Motion to Compel Discovery [Docket No. 18], for the following reasons:

1.    The Defendants have mischaracterized the facts and the Plaintiff's position, and it is important to correct the record; and

2.    The assertions made by the Defendants in Defendants' Opposition to Plaintiff's Motion to Compel [Docket No. 19], and in the Affidavit of Michael R. Heyison [Docket No. 20], actually support the Plaintiff's motion, and the Plaintiff seeks an opportunity to explain why that is so.

**REQUEST FOR ORAL ARGUMENT**

The Plaintiff further requests that the Court hear oral argument on her motion, because: 1) the issues raised by the motion and the opposition are significant; 2) the Court's decision on the motion could have a major impact on the outcome of the case; and 3) the Plaintiff believes

2

that oral argument will assist the Court in resolving this discovery dispute fairly and appropriately.

          ALEXIS J. BURNS by her legal guardian,
          OFFICE OF PUBLIC GUARDIAN

          By her attorneys,

          /s/ R. Alan Fryer
          R. Alan Fryer (BBO# 180830)
          Dorothy M. Bickford (BBO# 566380)
          BADGER, DOLAN, PARKER & COHEN
          One State Street, Suite 600
          Boston, MA  02109
          (617) 482-3030

100228

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

| 10/26/06 | /s/ R. Alan Fryer |
|---|---|
| Date | Signature |