UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS, by and through her legal Guardian, OFFICE OF PUBLIC GUARDIAN, <br><br> Plaintiff, <br><br> v. <br><br> HALE AND DORR LLP, et al., <br><br> Defendants. | CIVIL ACTION No. 05-11113NMG |

**DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.1(B)(2), the defendants oppose plaintiff's motion to file a reply to defendants' opposition to plaintiff's motion to compel. As grounds therefor, defendants state that the issue of attorney-client privilege raised by plaintiff's motion and defendants' opposition has been adequately briefed; that both parties have had the opportunity to provide record citations or other supporting materials, and that the matter can be decided without the need of burdening the Court with further briefing or documentation from either party.

                                                             HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LP, and HALE AND DORR CAPITAL MANAGEMENT LLC

                                                             By their attorneys,

                                                             /s/Jerome P. Facher
                                                             Jerome P. Facher (BBO #157240)
                                                             WILMER CUTLER PICKERING HALE AND DORR LLP
                                                             60 State Street
                                                             Boston, MA 02109

Dated: November 8, 2006                          (617) 526-6000

USIDOCS 5910390v1

## CERTIFICATE OF SERVICE

    I, Jerome P. Facher, hereby certify that I served a true and correct copy of the foregoing Defendants Opposition to Plaintiff's Motion to File Reply Brief upon R. Alan Fryer, Badger, Dolan, Parker & Cohen, One State Street, Suite 600, Boston, Massachusetts on this 8th day of November, 2006 by electronic service through ECF, and by first class mail.

    /s/ Jerome P. Facher
    Jerome P. Facher