UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>    Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>    Defendants | CIVIL ACTION NO. 05-11113NMG |

**MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT
OF MOTION TO FURTHER AMEND COMPLAINT**

Pursuant to Local Rule 7.1, the Plaintiff, Alexis J. Burns ("Alexis"), by and through her legal guardian, the Office of Public Guardian ("OPG"), requests leave to file a memorandum in support of her pending Motion for Leave to Further Amend Complaint [Docket No. 22], for the following reasons:

1.      If allowed to file a memorandum, OPG will demonstrate that Alexis has good cause for the timing of her motion, sufficient to satisfy the requirements of F.R. Civ. P. Rule 16 and Local Rule 16.1;

2.      In its memorandum, OPG will show that the evidence on which the proposed amended complaint was obtained through recent discovery, that OPG did not have sufficient information to file its pending motion before the deadline set forth in the Court's scheduling order, that the proposed amended complaint is necessary to do justice, and that allowance of the motion will not require additional discovery, will not alter any other scheduling deadlines, and will not affect in any other way the Court's handling of this case;

3. In its memorandum, OPG will also show that the cases cited by the Defendants in their opposition are inapposite.

In support of this motion, OPG submits herewith the Affidavit of R. Alan Fryer in Support of Motion for Leave to File Memorandum.

## REQUEST FOR ORAL ARGUMENT

The Plaintiff further requests that the Court hear oral argument on her pending motion, because:  1) the issues raised by the motion and the opposition are significant; 2) the Court's decision on the motion could have a major impact on the outcome of the case; and 3) the Plaintiff believes that oral argument will assist the Court in resolving this dispute fairly and appropriately.

ALEXIS J. BURNS by her legal guardian,
OFFICE OF PUBLIC GUARDIAN

By her attorneys,

  /s/ R. Alan Fryer
R. Alan Fryer (BBO# 180830)
Dorothy M. Bickford (BBO# 566380)
BADGER, DOLAN, PARKER & COHEN
One State Street, Suite 600
Boston, MA  02109
(617) 482-3030

100491

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

| 11/20/06 | /s/ R. Alan Fryer |
|---|---|
| Date | Signature |