UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>    Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>    Defendants | CIVIL ACTION NO. 05-11113NMG |

### PLAINTIFF'S MOTION TO FURTHER AMEND SCHEDULING ORDER

Pursuant to F.R. Civ. P. Rule 16(b), Local Rule 16.1(G), and the terms of the Scheduling Order [Docket No. 10], the Plaintiff, Alexis J. Burns ("Alexis"), by and through her legal guardian, the Office of Public Guardian ("OPG"), moves that the Court modify the Scheduling Order for the purpose of permitting Alexis to amend her Amended Complaint [Docket No. 8], in order to assert two additional causes of action (see proposed Second Amended Complaint [Docket No. 22].

As grounds for her motion, Alexis states that:

1.    She seeks to add causes of action for conversion and breach of contract against the existing defendants, based upon evidence adduced during discovery;

2.    Alexis has good cause for seeking to amend after the deadline set forth in the Scheduling Order for amending the pleadings, because facts essential to the proof of her proposed claims were not known to her until recently, as a result of depositions taken by her counsel long after the deadline for amending pleadings had passed;

    3.    Amendment of the pleadings at this time will not prejudice the Defendants or interfere with the Court's management of the case in any way, for the following reasons:

    a)    The new causes of action involve only the existing defendants and arise out of the same nucleus of facts as the existing claims, so that amendment of the pleadings will not require any extension of time to permit further fact discovery;

    b)    Amendment of the pleadings will not affect other scheduling order deadlines and will not otherwise affect the Court's management of the case, because the parties have not yet engaged in expert discovery, no dispositive motions are pending, and the tentative trial date is more than nine months away.

    c)    Fact discovery is not complete because the Defendants have produced additional documents recently – long after the deadline for completing document discovery – that require the Plaintiff to resume a previously completed deposition;

    d)    Fact discovery is not complete for the additional reason that the Defendants have withheld certain documents from discovery and have instructed certain witnesses not to answer deposition questions (both on grounds of attorney-client privilege).  The Plaintiff's motion to compel discovery [Docket No. 17] with respect to those issues is pending;

    4.    Permitting the pleadings to be amended in this circumstance would be entirely consistent with the principles underlying both the rules of discovery and case management.

In support of this motion, the Plaintiff relies upon Memorandum In Support Of Plaintiff's Motion To Further Amend Scheduling Order, filed herewith, and the previously filed Affidavit of R. Alan Fryer in Support of Motion for Leave to File Memorandum [Docket No. 27].

## **REQUEST FOR ORAL ARGUMENT**

The Plaintiff requests that the Court hear oral argument on this motion, because:  1) the issues raised by the motion are significant; 2) the Court's decision on the motion could have a major impact on the outcome of the case; and 3) the Plaintiff believes that oral argument will assist the Court in resolving this dispute fairly and appropriately.

ALEXIS J. BURNS by her legal guardian,
OFFICE OF PUBLIC GUARDIAN

By her attorneys,

  /s/ R. Alan Fryer
R. Alan Fryer (BBO# 180830)
Dorothy M. Bickford (BBO# 566380)
BADGER, DOLAN, PARKER & COHEN
One State Street, Suite 600
Boston, MA  02109
(617) 482-3030

100770

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

  12/04/06                      /s/  R. Alan Fryer
   Date                              Signature

3