UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>    Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>    Defendants | CIVIL ACTION NO. 05-11113NMG |

## MOTION FOR LEAVE TO FILE CORRECTED AFFIDAVIT

Pursuant to Local Rule 7.1, the Plaintiff, Alexis J. Burns ("Alexis"), by and through her legal guardian, the Office of Public Guardian ("OPG"), requests leave to file a corrected version of the Affidavit of R. Alan Fryer in Support of Motion for Leave to File Memorandum [Docket No. 27] (the "Affidavit").

As grounds for her motion, Alexis states that:

1.     The Affidavit contains an inadvertent reference to the wrong deposition transcript, and that error should be corrected so that the Court can decide all pending motions on the basis of an accurate factual record;

2.     The Affidavit, as amended, will not change the substantive effect of the Affidavit;

3.     The specific statements in the Affidavit that require correction are the last three sentences in paragraph 16 of the Affidavit, on page 6. The references in those sentences to "Meyer's recent deposition testimony" and "Meyer's testimony" should be to "Fabiano's recent deposition testimony." The testimony of Mr. Fabiano that is being referred to is contained in the

portion of his deposition transcript that is attached to the Affidavit as Exhibit A, at page 10, lines 1-4.

4. As corrected, the Affidavit demonstrates that Alexis has good cause for the timing of her motion, sufficient to satisfy the requirements of F.R. Civ. P. Rule 16 and Local Rule 16.1, and that she has acted diligently;

5. Allowance of this motion will not cause any prejudice to the Defendants;

6. Counsel for the Plaintiff apologizes to the Court for any inconvenience caused by the error in the Affidavit.

        ALEXIS J. BURNS by her legal guardian,
        OFFICE OF PUBLIC GUARDIAN

        By her attorneys,

        /s/ R. Alan Fryer
        R. Alan Fryer (BBO# 180830)
        Dorothy M. Bickford (BBO# 566380)
        BADGER, DOLAN, PARKER & COHEN
        One State Street, Suite 600
        Boston, MA  02109
        (617) 482-3030

100852

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

| 12/06/06 | /s/ R. Alan Fryer |
|---|---|
| Date | Signature |