UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>   Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>   Defendants | CIVIL ACTION NO. 05-11113NMG |

**NOTICE OF APPEARANCE FOR
PLAINTIFF ALEXIS J. BURNS**

    Please enter my appearance as co-counsel for Alexis J. Burns by and through her legal guardian, Office of Public Guardian.

                                    ALEXIS J. BURNS by her legal guardian,
                                    OFFICE OF PUBLIC GUARDIAN

                                    By her attorneys,

                                    /s/ Dorothy M. Bickford
                                    (BBO# 566328)
                                    BADGER, DOLAN, PARKER & COHEN
                                    One State Street, Suite 600
                                    Boston, MA  02109
                                    (617) 482-3030

101152

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

| 12/22/06 | /s/ DOROTHY M. BICKFORD |
|---|---|
| Date | Signature |