UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>   Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>   Defendants | CIVIL ACTION NO. 05-11113NMG |

**JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER**

The parties to this litigation submit this joint motion to further amend the Court's Scheduling Order, entered on November 16, 2005 and amended by an order entered September 19, 2006. The parties have concluded fact discovery (subject to the court's ruling on a pending motion to compel discovery) but, because some depositions were completed only recently, the parties will require additional time to serve expert reports. Therefore, the parties request that the deadlines for expert discovery, filing dispositive motions, reporting on mediation, and the dates for the final pretrial conference and trial be extended.

**PROPOSED AMENDED SCHEDULING ORDER**

The parties move that the Court further amend the Scheduling Order entered on November 16, 2005 and amended by the Court's order entered on September 19, 2006 (allowing the parties' Joint Motion to Amend Scheduling Order [Docket No. 16]), as follows:

     A.    <u>Depositions of fact witnesses</u> to be completed by <u>March 30, 2007</u> (currently, 9/29/06);

     B.    <u>Expert witnesses</u> to be identified and all other information required under Fed. R. Civ. P. Rule 26(a)(2)(B) to be provided by <u>May 15, 2007</u> as to the plaintiff (currently, 11/15/06) and <u>June 29, 2007</u> as to the defendants (currently, 12/29/06);

     C.    <u>Expert witness depositions</u> to be completed by <u>August 31, 2007</u> (currently, 02/28/07);

**Proposed Schedule For Filing Motions**

     D.    <u>Dispositive motions</u>.  All motions for summary judgment shall be filed by <u>October 31, 2007</u> (currently, 04/20/07); any oppositions thereto shall be filed by <u>November 21, 2007</u> (currently, 05/11/07).

     E.    The parties will file a joint status report regarding mediation by <u>November 30, 2007</u> (currently, 05/15/07).

     F.    The parties propose that a final pretrial conference be held on <u>February 15, 2008</u> (currently, 08/03/07), to be attended by trial counsel.  The parties propose that counsel be prepared to commence trial as of <u>March 19, 2008</u> (currently, 09/10/07).

As grounds for this motion, the parties state as follows:

     1.    The parties have been diligently engaged in discovery, and fact discovery is complete, subject to the Court's rulings on pending motions;

     2.    Additional time was necessary to complete the few remaining depositions while accommodating the witnesses' schedules; and

     3.    Allowance of this motion is in the interests of justice and judicial economy.

WHEREFORE, the parties request that the Court allow this joint motion and modify the Court's September 19, 2006 Amended Scheduling Order so as to extend certain deadlines, as specified above.

| | |
|---|---|
| ALEXIS J. BURNS by her legal guardian, OFFICE OF PUBLIC GUARDIAN<br><br>By her attorneys,<br><br>   /s/ R. Alan Fryer<br>R. Alan Fryer (BBO# 180830)<br>Dorothy M. Bickford (BBO# 566328)<br>BADGER DOLAN PARKER & COHEN<br>One State Street, Suite 600<br>Boston, MA  02109<br>(617) 482-3030 | HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LP, and HALE AND DORR CAPITAL MANAGEMENT LLC<br><br>By their attorneys,<br><br>   /s/ Michael R. Heyison<br>Jerome P. Facher (BBO# 157240)<br>Michael R. Heyison (BBO# 232950)<br>Mary B. Strother (BBO# 631682)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 |

100593

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

| 04/04/07 | /s/ R. Alan Fryer |
|---|---|
| Date | Signature |