UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN<br>    Plaintiff<br><br>v.<br><br>HALE AND DORR LLP, et al.,<br>    Defendants | CIVIL ACTION NO. 05-11113NMG |

**JOINT MOTION TO STILL FURTHER
AMEND SCHEDULING ORDER**

The parties to this litigation submit this joint motion to still further amend the Court's Scheduling Order entered on November 16, 2005 [Docket No. 10], as amended by an order entered September 19, 2006, and as further amended by an order entered May 14, 2007. The plaintiff will require additional time to conduct the fact discovery authorized by the Court's May 14, 2007 order [Docket No. 35] compelling the defendants to provide certain additional discovery. In addition, the parties will then require additional time to serve expert reports. Therefore, the parties request that the deadlines for fact discovery, expert discovery, filing dispositive motions, reporting on mediation, and the dates for the final pretrial conference and trial be extended.

**PROPOSED AMENDED SCHEDULING ORDER**

The parties move that the Court further amend the Scheduling Order entered on May 14, 2007 (allowing the parties' Joint Motion to Further Amend Scheduling Order [Docket No. 28]), as follows:

  A. <u>Production of additional documents</u> by defendants to be completed by June 8, 2007;

  B. <u>Depositions of fact witnesses</u> to be completed by <u>August 3, 2007</u> (currently, 3/30/07);

  C. <u>Expert witnesses</u> to be identified and all other information required under Fed. R. Civ. P. Rule 26(a)(2)(B) to be provided by <u>September 14, 2007</u> as to the plaintiff (currently, 05/15/07) and <u>October 26, 2007</u> as to the defendants (currently, 06/29/07);

  D. <u>Expert witness depositions</u> to be completed by <u>January 4, 2008</u> (currently, 08/31/07);

**Proposed Schedule For Filing Motions**

  E. <u>Dispositive motions</u>.  All motions for summary judgment shall be filed by <u>February 19, 2008</u> (currently, 10/31/07); any oppositions thereto shall be filed by <u>March 11, 2008</u> (currently, 11/21/07).

  F. The parties will file a joint status report regarding mediation by <u>March 20, 2008</u> (currently, 11/30/07).

  G. The parties propose that a final pretrial conference be held on <u>May 29, 2008</u> (currently, 02/15/08), to be attended by trial counsel.  The parties propose that counsel be prepared to commence trial as of <u>June 30, 2008</u> (currently, 03/19/08).

  As grounds for this motion, the parties state as follows:

  1. The parties have diligently engaged in discovery and have completed all fact discovery except for the additional discovery permitted by the Court's May 14, 2007 order [Docket No. 35] allowing Plaintiff's Motion to Compel Discovery;

2.       Additional time is necessary for the production of documents and to complete the depositions of fact witnesses affected by the Court's order compelling discovery, while accommodating the witnesses' schedules; and

3.       Allowance of this motion is in the interests of justice and judicial economy.

WHEREFORE, the parties request that the Court allow this joint motion and modify the Court's May 14, 2007 Further Amended Scheduling Order so as to extend certain deadlines, as specified above.

| | |
|---|---|
| ALEXIS J. BURNS by her legal guardian, OFFICE OF PUBLIC GUARDIAN<br><br>By her attorneys,<br><br>  /s/ R. Alan Fryer<br>R. Alan Fryer (BBO# 180830)<br>Dorothy M. Bickford (BBO# 566328)<br>BADGER DOLAN PARKER & COHEN<br>One State Street, Suite 600<br>Boston, MA  02109<br>(617) 482-3030 | HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LP, and HALE AND DORR CAPITAL MANAGEMENT LLC<br><br>By their attorneys,<br><br>  /s/ Michael R. Heyison<br>Jerome P. Facher (BBO# 157240)<br>Michael R. Heyison (BBO# 232950)<br>Mary B. Strother (BBO# 631682)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 |

103663

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED THIS DAY UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ELECTRONIC SERVICE THROUGH ECF, AND BY FIRST-CLASS MAIL.

| 06/21/07 | /s/ R. Alan Fryer |
|---|---|
| Date | Signature |