UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ALEXIS J. BURNS by and through her legal guardian, OFFICE OF PUBLIC GUARDIAN
   Plaintiff

v.

HALE AND DORR LLP, et al.,
   Defendants

CIVIL ACTION NO. 05-11113NMG

## STIPULATION OF DISMISSAL

The undersigned parties hereby stipulate that all claims asserted by all parties are hereby dismissed with prejudice, without costs, and with all rights of appeal and all rights pursuant to Fed. R. Civ. P. Rule 60(b) waived.

ALEXIS J. BURNS by her legal guardian,
OFFICE OF PUBLIC GUARDIAN

By her attorneys,

_/s/ R. Alan Fryer_
R. Alan Fryer (BBO# 180830)
Dorothy M. Bickford (BBO# 566328)
BADGER DOLAN PARKER & COHEN
One State Street, Suite 600
Boston, MA 02109
(617) 482-3030

HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LP, and HALE AND DORR CAPITAL MANAGEMENT LLC

By their attorneys,

_/s/ Richard W. Renehan_
Richard W. Renehan (BBO# 416680)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

106482