UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEXIS J. BURNS, by and through her legal guardian OFFICE OF PUBLIC GUARDIAN )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LIMITED PARTNERSHIP, and HALE AND DORR CAPITAL MANAGEMENT LLC )<br>)<br>Defendants ) | C.A. No. 05-11113-NMG |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of all defendants.

/ s /
Richard W. Renehan
BBO No. 416680
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, MA  02110
617-482-1776

DATED:  January 1`6, 2007

1793455

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEXIS J. BURNS, by and through her legal guardian OFFICE OF PUBLIC GUARDIAN )<br><br>Plaintiff )<br><br>v. )<br><br>HALE AND DORR LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, HALDOR INVESTMENT ADVISORS LIMITED PARTNERSHIP, and HALE AND DORR CAPITAL MANAGEMENT LLC )<br><br>Defendants ) | C.A. No. 05-11113-NMG |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of all defendants.

/s/ Richard W. Renehan
Richard W. Renehan
BBO No. 416680
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, MA  02110
617-482-1776

DATED:  January 1`6, 2007

1793455